Page # 1 of 10   July-22-2018-

The office of the clerk of U.S. District courts:
105 U.S. Courthouse
46, East Ohio Street
Indianapolis, Indiana, 46204.

1.) Listing all Plantiffs: **1:18-cv-2319 JMS -MJD**

| | | | |
|---|---|---|---|
| 1.) | Lowell B. Smith | 6. | Nicholas Porter |
| 2.) | Jared A.M. Paton | 7. | Daniel T. Williams |
| 3.) | Jaden L. Ballard | 8. | Sean G. Griffith |
| 4.) | Donald L. Douden | 9. | Kenneth Sidwell |
| 5.) | Brandon Richardson | 10. | Joey Manns Sr. |

Bartholomew County Jail
543 Second Street
Columbus, Indiana, 47201.

**FILED**
JUL 30 2018
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

2.) Listing all defendants: (1.) Jail commander "John Martoccia (2.) Matt Myers. And All Employed Officers, That <u>ARE</u> <u>OR</u> <u>HAVE BEEN</u> Employed AT The BARTHOLOMEW County Jail From April-1-2018 To present date being July-22-2018-:

3.) Both the Plantiffs: and defendants: addresses are listed AS being the SAME:

Bartholomew County Jail
543 Second Street
Columbus, Indiana, 47201.

1.) Our complaint is over health "hygiene" Disease" very unsafe living conditions" contamination" And in-adequate nutrition, "Fluids" As well As poorly provided medical care":

All of the Plantiffs being so named in this here complaint against the Bartholomew count Jail And the ~~Commander of Bartholomew County Indiana being one~~ ~~(Mark myers sheriff")~~ ②John martoccia ", We are being housed in -G-block As Resident of A public Institution at the Bartholomew County Jail and for some unknown reasons we are being forced to have water poured to us on a plastic potato chip bag through the crack in the electrotonic sliding cell house doors on all of the Resident Inmates cells. And we are also forced in having Ice From the Ice cooler past underneath the electrotonic silding cell house door. This making the Ice be put on the Floor to be past into the Inmate underneath the cell house doors. This being a big health Isuse to each and ever Inmate Resident here at the Institution Its also very unsafe for us as far as living conditions and is one of the most common ways that disease can be spread through out not just in housing unit -G- but the entire Resident Instituion to ever Inmate Resident being housed in this Instituion here at Bartholomew County Jail. I Lowell B. Smith being just one of the Plantiffs here in this complaint No for A true fact that this housing unit -G- block has been Flooded by Inmates

by useing there toilet in there cell and it has then filled the entire day room and ran underneath our cell doors on at least two diffrent events in the last 75 days. This is not anything that NONE of us plantiffs took NO part in doing NOR did we have any controll over preventing this from ever happening. But there this been done but all of us named in this complaint in a very unsafe living condition" AS well AS it put us at health risk as well as LORD GOD only may know what kind of meany disease its exposed us all too. But I do know that the way that the officers handel the clean up of both these two events was in know was at all sanitary because there was not ever or at all any kind of bleech or and disinfection used at know point or time durning the maintenance of this clean up, NO All the officers done was bring in two 20 gallon metal vacuum-cleaners and also two floor sewgees and sucking the contents up off the floor and then brung two small fans into housing unit -G- and turned them on and let them blow air" But All the officers then just left the housing unit not to be sall no more until about 18 hours later other than A officer who came the next morning to remove the two blower fans from a hole nother working shifft that was not any part of the officers that so called there self to clean up or too have ever made any kind of attemt to sanitize not none of the Infected housing uint. And this

in Know way is sanitary or is this healthy for Not just-a-housing unit but Its entirly unhealthy for the entire Resident Institution Yes we do not not beleave that we the Residents of this here Institution "or iethier the Employees thereself At this Institution" are living NOR are the Employees of this Instition in a clean or healthy dewelling. This leaves we Inmate residents to beleave we are being exposed to very high risk of unhealthy "health condition" AS well ASK some of the most unsafe living condition we,v ever been put into in all of our entire lifes". And as well as being put into An environment where meany diseases are running rapid in the Institution. We Also don,t beleave that the officers of this institution have been trained in No Kind of environment diseases health clean up. And we don,t beleave that the Bartholomew County Sheriff (1) matt myers (2) ~~~~~~ Jail commander gave or has he supplied the correct environment health or diseases training for the officer to be attemting to do A Job there not trained for. And we also the resident Inmates "Named in this claim Nor the Plantiffs have No Kind of training in environment health or in environment disease clean up NOR do we beleave it to be our responsibility to do such a dangerest unsafe Job. We beleave

that the Institution being the Bartholomew County Jail should iethier have Officers oR A outside company thats professionaly trained in disease and Also blood borne" And in bodyly fulids And human wasit. As well As in sewer and water that has A posiablity of contamination. And we the Plantiffs do beleave that when our living units have been Flooded from some Inmate resident that has done went And used the toilet from his cell to Flood an entire housing unit that we are being exposed to some very bad health problens as well As meany Kinds of disease And unsafe living condition when we are made to slide Ice underneath the cell door on the Floor to get Ice. This is unhuman and unhealthy And unsafe And blatainly unapproached As well be unprofessional for ①John martoccia ② matt myers the Sheriff of Bartholomew County " And his officers to treat the Inmates of this residents of this publie Institution. And its being done initially because every cell in -G- housing unit has A bean Flap in it cell door that could be used and certenly is a cleaner and safer and healther way to get Ice and water. See the bean Flaps are about three feet off the Floor and about five inches wide and 15" inches long and it would be a much cleaner and safer way" And FoR Gods sake be A more healthyer And Alot less chance of contacting diseases. we the Plantiffs named in this complaint do beleave that the reason this is being Forced on us

to embarass us as well as to intimidate us." And its A way of the officers and the sheriff <u>Matt Myers</u> show that there incharge and to be littel us as people. Yes" It IS and has worked because thay have and still are useing this as a blatain way or form to intimadate" and embarass all parties being so named by the <u>Plantiffs</u> aganist the <u>defendants being</u> the Sheriff of Bartholomew co.: ①Jail Comander: John Martoccia ② Matt Myers: Sheriff And the officers at the Bartholomew County Jail: The Plantiffs want to state that the officers Employed here at the Bartholomew County Jail came around less than five weeks Ago and told us that A list was being posted on the walls in all housing unit within the institution telling about how to help preventing the spead of diseases and who is most likly at risk. And we the <u>Plantiffs</u> would like to share just A few ways that the Bartholomew County Jail Post for all to see ways to help the spead of <u>All diseases</u>: <u>This is who could be most at risk</u>:

1.) Not to have sexual contact" or for two men not to have a sexual incounter with other men:
2.) Anyone in Jail or A institution living:
3.) Anyone that dose not wash there hands after going to the rest room:
4.) Anyone having A sexual incounter with a male or female that has any kind of A disease:
5.) Any person that has A blood clotting-factor or A blood disorders of any kind at all: And I was born 53 years ago with seven kinds of blood-

disorders and have took medicein for over 40 years on the count of this and yes the Institution is very aware of this in medical because I take my medicein every day of my life. These seven blood disorders IV got are not anything that is in any way contagious NOR can it be spread to others, Its something that IS Jenetically inherited from only the mothers side of the family. It comes from the Female side only not the male side: My NAme is Lowell B Smith: So say I beleave that I Am for sure being put At risk of diseases by there Actions here at the Bartholomew county Jail by there unwillingness to take the own warnings that thay posted on the walls:

And here are some of the ways to help to prevent the spead of most common types of all diseases: We were told By the institution:

1.) Don not eat uncooked Foods or unwashed fruits and vegetables:
2.) Wash your hands after useing the bathroom every time you use it:
3.) Keep good hygienes And try to stay away from homeless people:
4.) By living in a safe living conditions:
5.) Not useing clean water:
6.) Properly disposing of sewage:
7.) By not eating food thats been prepared by others:
8.) By not being exposed to blood or stool of any one infected:

1.) We the Plantiffs are asking that the courts please take Actions against the sheriff of Bartholomew County being (1) Sheriff Matt Myers as well as the officers employed under one (2) Matt Myers At the Bartholomew County Jail: (3) Jail Comander John Martaccia: named as A defendant:

2.) We the Plantiffs " Are Also Asking for A monetary amount in the sum of $375,000.00 dollars be awarded to the Plantiffs to be divded up in An equally Amount with All parties Named:

3.) We the Plantiffs would like for the Named defendant or defendants (1) Matt Myers And officers to be reprimanded for the Actions that are causing the Plantiffs named in this complaint "unsafe living conditions and bring bad health conditions intentionaly a-pond us" and exposing us to possible diseases Knowningly. Also then we the Plantiffs Named here would then want to receive in the amount of $375,000.00 in monetary compensation Defendant.(2) : Jail Comander John martaccia:

4.) We the Plantiffs been named in this complaint do hear by swear under the highest penalties of perjury that everything been said "to be nothing but the truth" and nothing other than the hole truth so help us God:

5.) The Plantiffs want a trial by Jury "" Yes ☑ A Jury trial is being so Requested "yes ☑ By the Federal courts "yes ☑ In Federal Court,s Yes ☑ :

1.) The Bartholomew County Jail will not with out being so ordered provide iethier Plantiffs nor the Clerk or courts with a copy of <u>our</u> Commissary Account records NOR A balance of <u>our</u> Accounts unless it is so court ordered:

2.) We the Plantiffs are asking that in these proceedings be all monetary fee,s in this here proceeding for any and all <u>cost</u> of the Fileing Fee,s are to be so waved:

3.) We the <u>Plantiffs</u> are entering this complaint against the defendant or defendants the Sheriff of one Bartholomew county. In, (1) <u>Matt myers</u> and his officers Employed At the Bartholomew county Jail: Do to the lack of professional training OR very littel training in health and providing the spreading of contagious diseases and contamination of bodyly fluids and causing unsafe living place for the Residents of this Institution: Defendant (2.) <u>Jail comander "John martoccia</u>:

4.) Both <u>all</u> the <u>Plantiffs and</u> the <u>defendants</u>
   Addresses are the same as being here listed:
      <u>Bartholomew County Jail</u>
      <u>543 Second Street</u>
      <u>Columbus Indiana, 47201</u>

5.) I <u>Lowell B. Smith</u> Am the one overseeing this claim <u>for all the Plantiffs</u> in this complaint "please see fit to send me A copy back of all the pages <u>1-through-10</u> of this complaint please:

Page-10 of 10 - July-22-2018-

Case 1:18-cv-02319-JMS-MJD  Document 2  Filed 07/30/18  Page 10 of 10 PageID #: 10

A List of all witnesses of these events been taking place over the past four months against the Plantiff from March-28-2018 up until present date now July-22-2018-

### Witnesses

| | | | |
|---|---|---|---|
| 1.) | Melvin Goree | 6.) | Jason Morgan |
| 2.) | Randy H. Wil | 7.) | Jared Evans |
| 3.) | Daniel Cogg | 8. | |
| 4.) | Eddie James Brown Jr. | 9. | |
| 5.) | Sean Roberts | 10. | |

1.) Well the witnesses been named do swear that all and every thing been said in our complaint in all pages 1 through 10 to be the truth and none other than the holly truth so help us God:

2.) Please send all Plantiffs and defendants A copy of All pages 1 through 10 on this here complaint

Bartholomew county Jail
543 Second Street
Columbus  Indiana, 47201.

Very truly yours
Lowell Smith