UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LOWELL B. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:18-cv-02319-JMS-MJD |
| | ) |
| JOHN MARTOCCIA, | ) |
| MATT MYERS, | ) |
| ALL EMPLOYED OFFICERS, | ) |
| OFFICER KINMAN, | ) |
| OFFICER CHANLER, | ) |
| OFFICER PATTNGILL, | ) |
| OFFICER FORNEY, | ) |
| OFFICER RAYBURN, | ) |
| OFFICER MCDANIEL, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT in this action in favor of the defendants and against the Plaintiff, Lowell B. Smith, pursuant to 28 U.S.C. § 1915A(b).

Date: 12/6/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

LOWELL B. SMITH
251281
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168